U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 23 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARL SANDERS #14019012, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 3:14-cv-1944 |
| RAMON SALGADO, | § | |
| Defendant. | § | |

## ORDER

On June 11, 2014, the Magistrate Judge entered his Findings, Conclusions and Recommendation in this case. Plaintiff did not file any objections. Plaintiff did file a motion to appoint counsel on June 13, 2014. After reviewing Plaintiff's motion to appoint counsel, the Court finds Plaintiff has not established legal entitlement to counsel. Plaintiff's motion is DENIED. After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 23rd day of July, 2014.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE